The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.T., by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan,<br><br>Plaintiff,<br><br>v.<br><br>NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMILY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,<br><br>Defendants. | NO. 2:17-cv-00004-RAJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONSIDER BCBSGa'S MOTION TO QUASH AND DEFENDANTS' MOTIONS FOR PROTECTIVE ORDER SIMULTANEOUSLY** |

This matter comes before the Court on Defendants' Motion to Consider BCBSGA's Motion to Quash (Dkt. # 62) and Defendants' Motions for a Protective Order (Dkt. ## 73, 74) simultaneously. Dkt. # 75. The Motion is unopposed. Accordingly, Defendants' Motion (Dkt. # 75) is **GRANTED**.

DATED this 31st day of October, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER – 1