The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.T., by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan,<br><br>Plaintiff,<br><br>v.<br><br>NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMILY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,<br><br>Defendants. | NO. 2:17-cv-00004-RAJ<br><br>**ORDER DENYING DEFENDANTS' MOTION TO STAY TRIAL AND RELATED PRE-TRIAL DEADLINES** |

This matter comes before the Court on Defendants' Motion to Stay the Trial and Related Pre-Trial Deadlines. Dkt. # 93. After reviewing the Motion, supporting documents, and the remainder of the record, the Court **DENIES** Defendants' Motion.

ORDER – 1

The Court anticipates a ruling on the parties' pending motions for summary judgment (Dkt. ## 77, 97, 100) by December 16, 2019.

DATED this 25th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge