The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.T., by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan,<br><br>Plaintiff,<br><br>v.<br><br>NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMILY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,<br><br>Defendants. | NO. 2:17-cv-00004-RAJ<br><br>**ORDER DENYING DEFENDANTS' MOTION TO BIFURCATE** |

This matter comes before the Court on Defendants' motion to bifurcate. Dkt. # 143. The Court held oral argument on this matter on January 6, 2020. For the reasons articulated during the hearing, the Court finds that bifurcation is not appropriate in this case. Defendants' motion is **DENIED**.

DATED this 6th day of January, 2020

The Honorable Richard A. Jones
United States District Judge

ORDER – 1