HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D.T. by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan

Plaintiff,

v.

NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMLY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,

Defendants.

No. 17-cv-00004-RAJ

**ORDER STRIKING MOTION TO SEAL**

This matter is before the Court on the parties' stipulated motion to seal. Dkt. # 177. For the following reasons, the Court **STRIKES** the motion.

ORDER - 1

As this Court has previously articulated to the parties on more than one occasion, parties moving to seal documents in the Western District of Washington must comply with the procedures established by Civil Local Rule 5(g). Under LCR 5(g), the party who designates a document confidential must provide a "specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interest that warrant the relief sought; (ii) the injury that will result if the relief sought is not granted; and (iii) why a less restrictive alternative to the relief sought is not sufficient." W.D. Wash. Local Rules LCR 5(g)(3)(B).

Here, non-party Anthem/Blue Cross Blue Shield of Georgia ("Anthem") requests that the deposition transcripts of Anthem's 30(b)(6) witnesses remain under seal because they contain confidential and proprietary information. Dkt. # 177 at 2. However, Anthem fails to articulate why a less restrictive alternative, such as redaction, is not sufficient to protect Anthem's confidential and proprietary information, as required under the Local Rules. W.D. Wash. Local Rules LCR 5(g)(3)(B).

Accordingly, the Court **STRIKES** the motion for seal for failure to comply with Local Rule 5(g). Dkt. # 177.

Dated this 4th day of February, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 2