HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.T. by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan,<br><br>      Plaintiff,<br><br> v.<br><br>NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMLY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,<br><br>      Defendants. | No. 17-cv-00004-RAJ<br><br>**ORDER ON MOTIONS TO SEAL** |

This matter is before the Court on the parties' joint statement regarding the sealing of confidential documents. Dkt. # 133. IT IS HEREBY ORDERED that the following Motions to Seal are GRANTED for good cause shown, and that the associated documents shall remain sealed:

1. Dkt. 61-1 (Exhibit 1) *Administrative Services Agreement between NECA/IBEW and BCBSGa (dated April 1, 2010);* and

ORDER - 1

2. Dkt. 61-2 (Exhibit 2) *Administrative Services Agreement between NECA/IBEW and BCBSGa (dated January 1, 2018).*

It is further ORDERED that the following documents be withdrawn from the record and refiled in redacted form to protect the confidential information contained therein:

1. Dkt. # 85-4 (Exhibit D) *Email communication between counsel which contains detailed financial analysis from BCBSGa regarding costs for coverages based on Anthem's proprietary information;*

2. Dkt. # 110-4 (Exhibit 4) *SavRx Summary of Medicinal Treatments and Formulary List;*

3. Dkt. # 117-3 (Exhibit H) *Email communication between counsel which contains detailed financial analysis from BCBSGa regarding costs for coverages based on Anthem's proprietary information;*

4. Dkt. # 117-4 (Exhibit I) *Email communication between counsel which contains detailed financial analysis from BCBSGa regarding costs for coverages based on Anthem's proprietary information; and*

5. Dkt. # 117-5 (Exhibit J) *Email communication between counsel which contains detailed financial analysis from BCBSGa regarding costs for coverages based on Anthem's proprietary information.*

All other documents on the record for which a motion to seal is pending shall be unsealed.

Dated this 31st day of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

_____