1

The Honorable Richard A. Jones

2

3

4

5

6

7              UNITED STATES DISTRICT COURT
8            WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
9

10   D.T., by and through his parents and          NO. 2:17-cv-00004-RAJ
     guardians, K.T. and W.T., individually, on
11   behalf of similarly situated individuals, and
     on behalf of the NECA/IBEW Family Medical
12   Care Plan,

13                  Plaintiff,                     NOTICE OF FINAL SETTLEMENT
                                                   AND [PROPOSED] ORDER
14          v.

15   NECA/IBEW FAMILY MEDICAL CARE
     PLAN, THE BOARD OF TRUSTEES OF THE
16   NECA/IBEW FAMILY MEDICAL CARE                 **Trial Date:  January 25, 2021**
     PLAN, SALVATORE J. CHILIA, ROBERT P.
17   KLEIN, DARRELL L. MCCUBBINS, GEARY
     HIGGINS, LAWRENCE J. MOTER, JR.,              **Noted for Consideration:**
18   KEVIN TIGHE, JERRY SIMS, AND ANY              **December 1, 2020**
     OTHER INDIVIDUAL MEMBER OF THE
19   BOARD OF TRUSTEES OF NECA/IBEW
     FAMILY MEDICAL CARE PLAN,
20
                    Defendants.
21

22                            I.   **NOTICE**

23          Plaintiff D.T. and the plaintiff class and Defendants NECA/IBEW Family Medical

24   Care Plan and the Board of Trustees of the NECA/IBEW Family Medical Care Plan,

25   submit this notice to inform the Court that they have reached a final, long-form

26

NOTICE OF FINAL SETTLEMENT – 1
[Case No. 2:17-cv-00004-RAJ]

agreement to settle this litigation.  The parties respectfully request that the Court vacate the trial date set for January 25, 2021.  The parties intend that Plaintiff will file a Motion for Settlement Class Certification and a Motion for Preliminary Approval of the Final Settlement Agreement within the next three weeks.

It is so stipulated.

DATED:  December 1, 2020.

POTTS-DUPRE, HAWKINS, & KRAMER, CHTD.

  s/ Katie Burch (per email authorization)
Katie Burch, admitted pro hac vice

FORD HARRISON LLP

  s/ Kristina Griffin (per email authorization)
Tiffany D. Downs, admitted pro hac vice
Rachel Ullrich, admitted pro hac vice
Kristina Griffin, admitted pro hac vice

ROBBLEE DETWILER & BLACK, PLLP

  s/ Kristina Detwiler (per email authorization)
Kristina Detwiler (WSBA #26448)

Counsel for Defendants

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

  s/ Eleanor Hamburger
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
Daniel S. Gross (WSBA #23992)
Counsel for Plaintiff Class

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

Based upon the foregoing Notice of Settlement, it is ORDERED that the trial date set for January 25, 2021 is vacated.  The parties shall submit a status report to the Court regarding the status of Plaintiffs' Motion for Settlement Class Certification and Motion for Preliminary Approval, if it is not filed by December 22, 2020.

DATED this _____ day of December, 2020.

_____
RICHARD A. JONES
United States District Judge

Approved as to form:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

_s/ Eleanor Hamburger_____
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
Daniel S. Gross (WSBA #23992)
*Counsel for Plaintiff Class*

POTTS-DUPRE, HAWKINS, & KRAMER, CHTD.

_s/ Katie Burch (per email authorization)_____
Katie Burch, *admitted pro hac vice*

FORD HARRISON LLP

_s/ Kristina Griffin (per email authorization)___
Tiffany D. Downs, *admitted pro hac vice*
Rachel Ullrich, *admitted pro hac vice*
Kristina Griffin, *admitted pro hac vice*

ROBBLEE DETWILER & BLACK, PLLP

_s/ Kristina Detwiler (per email authorization)__
Kristina Detwiler (WSBA #26448)
*Counsel for Defendants*

NOTICE OF FINAL SETTLEMENT – 3
[Case No. 2:17-cv-00004-RAJ]