The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.T., by and through his parents and guardians, K.T. and W.T., individually, on behalf of similarly situated individuals, and on behalf of the NECA/IBEW Family Medical Care Plan,<br><br>Plaintiff,<br><br>v.<br><br>NECA/IBEW FAMILY MEDICAL CARE PLAN, THE BOARD OF TRUSTEES OF THE NECA/IBEW FAMILY MEDICAL CARE PLAN, SALVATORE J. CHILIA, ROBERT P. KLEIN, DARRELL L. MCCUBBINS, GEARY HIGGINS, LAWRENCE J. MOTER, JR., KEVIN TIGHE, JERRY SIMS, AND ANY OTHER INDIVIDUAL MEMBER OF THE BOARD OF TRUSTEES OF NECA/IBEW FAMILY MEDICAL CARE PLAN,<br><br>Defendants. | NO. 2:17-cv-00004-RAJ<br><br>STIPULATED ORDER OF DISMISSAL |

Based upon the parties' stipulation, consistent with the Court-approved Settlement Agreement, that all conditions of the settlement agreement that were

STIPULATED ORDER OF DISMISSAL – 1
[Case No. 2:17-cv-00004-RAJ]

prerequisites for dismissal of this action have been accomplished, this case is hereby dismissed with prejudice and without costs to either party.

It is so ORDERED this 19th day of January, 2022.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER OF DISMISSAL – 2
[Case No. 2:17-cv-00004-RAJ]